IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB DONAHOE, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois company; and ESURANCE INSURANCE COMPANY, an Illinois company,<br><br>    Defendants. | 8:22CV260<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Plaintiff's Unopposed Limited Motion to Dismiss without Prejudice (Filing No. 34). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Allstate Insurance Company, be dismissed from this action without prejudice with each party to bear their own costs. Defendant, Esurance Insurance Company, remains a party in this suit.

Dated this 10th day of May, 2023.

             BY THE COURT:

             s/ Joseph F. Bataillon
             Senior United States District Judge