IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB DONAHOE, an individual;<br><br>      Plaintiff,<br><br>vs.<br><br>ESURANCE INSURANCE COMPANY, an Illinois company;<br><br>      Defendant. | **8:22CV260**<br><br>**ORDER** |

The parties reached a settlement on June 2, 2025. (Minute Entry, Filing No. 91).

**IT IS ORDERED:**

1. On or before July 2, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 9th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge